## Commonwealth v. Holloway, Appellant.

Submitted June 12, 1967. *Roy Lester Holloway,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.